**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TERESA CASTILLO, | § | |
| Movant, | § | |
| | § | 3:18-CV-1181-D |
| v. | § | 3:08-CR-119-D (2) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## JUDGMENT

The court has entered its order adopting the findings, conclusions, and recommendation of the United States Magistrate Judge in this case.

It is therefore ordered that the motion to vacate, set-aside or correct sentence pursuant to 28 U.S.C. § 2255 is transferred to the United States Court of Appeals for the Fifth Circuit for appropriate action.

The clerk shall transmit a true copy of this judgment, together with a true copy of the order adopting the findings, conclusions, and recommendation of the United States Magistrate Judge, to the parties.

Signed June 13, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE